Order issued November  /3  , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00442-CV

**AMERICA FIRST LLOYD'S INSURANCE CO., Appellant**

**V.**

**HARTFORD LLOYD'S INSURANCE CO., Appellee**

## ORDER

We **GRANT** appellant's October 26, 2012 motion for an extension of time to file a reply brief.  Appellant shall file its reply brief on or before December 3, 2012.

ELIZABETH LANG-MIERS
JUSTICE